STATE OF CONNECTICUT *v.* ROBERT WAYANS

The defendant's "Motion and Petition for Review" by this court of the order denying him bail from the Superior Court in New Haven County is denied.

*James W. Marshall,* public defender, in support of the motion.

*Jerrold H. Barnett,* assistant state's attorney, in opposition.

Submitted October 30—decided November 22, 1972

PAUL S. NERE ET AL. *v.* GUILFORD PLANNING AND ZONING COMMISSION ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*William M. Vishno,* in support of the petition.

*Joseph C. Lee,* in opposition.

Submitted November 2—decided November 22, 1972

HENRY JABLONECKI v. ROBERT SCHNETZLER ET AL.

The named defendant's motion to vacate the order of the trial court to open the judgment of dismissal from the Superior Court in Hartford County is denied.

*Noble K. Pierce,* in support of the motion.

Submitted November 3—decided November 22, 1972